CAMMIE M. MANUEL, EMPLOYEE, v. CONE MILLS CORPORATION, EMPLOYER AND SELF-INSURER.

(Filed 25 May, 1955.)

**Master and Servant § 40e—**

Findings of the Industrial Commission that claimant's disability was due to pre-existing physical infirmities, and that there is no causal connection between plaintiff's disability and her employment, *held* supported by competent evidence, and the judgment denying compensation is affirmed.

APPEAL by plaintiff from *Gwyn, J.,* at 22 November, 1954, Civil Term of GUILFORD (Greensboro Division).

Proceeding under Workmen's Compensation Act to determine liability of defendant, self-insurer, to plaintiff, employee.

The Industrial Commission found that there is no causal connection between the plaintiff's disability and her employment by the defendant, but rather that her disability "must be ascribed to pre-existing physical infirmities," not traceable to her employment. On these findings the Commission denied compensation.

On appeal to the Superior Court the findings and conclusions and the decision of the Commission denying compensation were affirmed. From judgment entered in accordance with such rulings, the plaintiff appeals.

*Cahoon & Alston for plaintiff, appellant.*
*Smith, Moore, Smith & Pope for defendant, appellee.*

PER CURIAM. Our examination of the record discloses that the crucial findings of fact of the Industrial Commission are supported by competent evidence. Since these findings support the rulings below

denying compensation, the decision of the Commission, as sustained by the court below, must be upheld.

Affirmed.